UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DE'ANDRE JOHNSON,

    Plaintiff,

v.                                              Case No.: _____

CF MEDICAL, LLC, and LAW OFFICES OF
MITCHELL D. BLUHM & ASSOCIATES, LLC,

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendants, CF Medical, LLC ("CFMED") and The Law Offices of Mitchell D. Bluhm & Associates, LLC ("MBA"), (collectively, "Defendants"), through undersigned counsel, hereby remove the above-captioned civil action from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

1. CFMED and MBA are named defendants in this civil action filed by plaintiff, De'Andre Johnson, ("plaintiff"), in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *De'Andre Johnson v. CF Medical, LLC and Law Offices of Mitchell D. Bluhm & Associates, LLC,* Case No.: 20-CC-035213 (hereinafter the "State Court Action").

1

2. Defendants remove this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal. Defendants were served with plaintiff's Complaint on June 24, 2020. This Notice of Removal is filed within 30 days of receipt of the Complaint by Defendants.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, CF Medical, LLC and The Law Offices of Mitchell D. Bluhm & Associates, LLC, hereby remove to this Court the State Court Action.

Dated: July 21, 2020

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2464
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendants,*

*CF Medical, LLC and The Law Offices of Mitchell D. Bluhm & Associates, LLC*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of July 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

Brandon D. Morgan, Esq.
Thomas M. Bonan, Esq.
Seraph Legal, P.A.
1603 N. 19th Street
Tampa, FL 33605
bmorgan@seraphlegal.com
tbonan@seraphlegal.com

*/s/ Michael P. Schuette*
Attorney