# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DE'ANDRE JOHNSON,**

    **Plaintiff,**

v.                                                Case No: 8:20-cv-1675-T-35JSS

**CF MEDICAL, LLC and LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC,**

    **Defendants.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 27, 2020, Defendants filed a Notice of Pending Settlement, informing the Court that the Parties have reached a settlement of the above-captioned case. (Dkt. 16) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of August, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party