UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DE'ANDRE JOHNSON,**

    Plaintiff,

v.                                Case No: 8:20-cv-1675-T-35JSS

**CF MEDICAL, LLC and LAW OFFICES
OF MITCHELL D. BLUHM &
ASSOCIATES, LLC,**

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation for Dismissal with Prejudice, (Dkt. 18), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** in Tampa, Florida this 8th day of October, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party